# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **RICHARD MARION,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action Number:** |
| | **:** | |
| **vs.** | **:** | **1:12-cv-00499-JOF** |
| | **:** | |
| **WATKINS CONSULTING, INC.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear its own respective costs.

This the 10th day of May, 2012.

1

**SO STIPULATED:**

| | |
|---|---|
| **DELONG, CALDWELL BRIDGERS & FITZPATRICK, LLC** | **ISLER, DARE RAY, RADCLIFFE & CONNOLLY, P.C.** |
| *s/Michael A. Caldwell* | *s/Mark E. Papadopoulos* |
| Michael A. Caldwell | Mark R. Papadopoulos |
| Georgia Bar No.: 102775 | Admitted Pro Hac Vice |
| | |
| *s/ Charles R. Bridgers* | 1919 Gallows Road, Suite 320 |
| Charles R. Bridgers | Vienna, Virginia 22182 |
| Georgia Bar No.:  080791 | mpapadopoulos@islerdare.com |
| | (703) 748-2690 |
| 3100 Centennial Tower | (703) 748-2695 (facsimile) |
| 101 Marietta Street | |
| Atlanta, Georgia 30303 | |
| michaelcaldwell@dcbflegal.com | **ELARBEE, THOMPSON, SAPP & WILSON, LLP** |
| charlesbridgers@dcbflegal.com | *s/Douglas H. Duerr* |
| (404) 979-3150 | Douglas H. Duerr |
| (404) 979-3170 (facsimile) | |
| | 800 International Tower |
| COUNSEL FOR PLAINTIFF | 229 Peachtree Street, N.E. |
| | Atlanta, Georgia 30303 |
| | duerr@elarbeethompson.com |
| | (404) 582-8432 |
| | (404) 222-9718 (facsimile) |
| | |
| | COUNSEL FOR DEFENDANT |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **RICHARD MARION,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action Number:** |
| | : | |
| **vs.** | : | **1:12-cv-00499-JOF** |
| | : | |
| **WATKINS CONSULTING, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## CERTIFICATE OF COUNSEL

Pursuant to N.D. Ga. R. 7.1, the below signatory attorney certifies that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in local N.D. Ga. R. 5.1 C.

*s/Michael A. Caldwell*
Michael A. Caldwell
Georgia Bar No.: 102775

COUNSEL FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RICHARD MARION,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action Number:** |
| | **:** | |
| **vs.** | **:** | **1:12-cv-00499-JOF** |
| | **:** | |
| **WATKINS CONSULTING, INC.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |
| | **:** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing

STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system,

which will automatically send email notification of such filing to the following

attorney of record:

Mark R. Papadopoulos
ISLER, DARE RAY, RADCLIFFE & CONNOLLY, P.C.
1919 Gallows Road, Suite 320
Vienna, Virginia 22182
mpapadopoulos@islerdare.com

Douglas H. Duerr
ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303

Respectfully submitted this 10th day of May, 2012.

> s/Michael A. Caldwell
> Michael A. Caldwell
> Georgia Bar No.: 102775
>
> COUNSEL FOR PLAINTIFF